UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE MORONI,<br><br>            Plaintiff(s),<br><br>v.<br><br>LOWE'S HIW, INC. and DOES 1 to 20,<br><br>            Defendant(s). | CASE NO. 2:11-CV-02268-WBS-EFB<br><br>(Sacramento County Superior Court Case No. 34-2011-00098557)<br><br>**ORDER IN SUPPORT OF THE STIPULATION RE PLAINTIFF'S WRITTEN DISCOVERY RESPONSES**<br><br>FED.R.CIV.P. RULE 29 |

It appearing to the Court that the plaintiff JANE MORONI and defendant LOWE'S HIW, INC. are in agreement that plaintiff's previously served state discovery responses shall be valid for all purposes, and have full force and effect in this removed action, this Court hereby orders that plaintiff JANE MORONI's state discovery responses shall be valid for all purposes, and have full force and effect in this removed action.

IT IS SO ORDERED.

DATED: August 21, 2012

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

**ORDER IN SUPPORT OF STIPULATION**

**Moroni v. Lowe's HIW, Inc.**
**Case No.** 2:11-cv-02268-WBS-EFB