CHARLES D. MAY, ESQ.; STATE BAR NO.: 129663
GENE B. SHARAGA, ESQ.; STATE BAR NO.: 131661
RODRIGO J. BOZOGHLIAN, ESQ.; STATE BAR NO.: 249732
**THARPE & HOWELL, LLP**
15250 Ventura Blvd., Ninth Floor
Sherman Oaks, California  91403
(818) 205-9955; (818) 205-9944 fax
E-Mail:  cmay@tharpe-howell.com
E-Mail:  gsharaga@tharpe-howell.com
E-Mail:  rbozoghlian@tharpe-howell.com

Attorneys for Defendant,
     LOWE'S HIW, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE MORONI,<br><br>             Plaintiff,<br><br>v.<br><br>LOWE'S HIW, INC. and DOES 1 to 20,<br><br>             Defendant. | Case No. 2:11-CV-02268-WBS-EFB<br><br>(Sacramento County Superior Court Case No. 34-2011-00098557)<br><br>**ORDER RE STIPULATION TO EXTEND DISCOVERY CUT-OFF**<br><br>Pre-Trial Conference:<br><br>Date:   August 5, 2013<br>Time:   2:00 p.m.<br>Ctrm:   5<br><br>Trial:<br><br>Date:   October 8, 2013<br>Time:   9:00 a.m.<br>Ctrm:   5 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the Court has reviewed and considered the parties Stipulation to Extend the Expert Discovery Deadline and makes the following findings:

///

///

- 1 -
ORDER RE STIPULATION TO EXTEND DISCOVERY CUT-OFF

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby **ORDERED** that the expert discovery deadline currently set for March 29, 2013 is extended to **April 19, 2013, only as it relates to the depositions of William Neuman and Bahman Nazeri, M.D.**  All other deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: March 25, 2013

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE